**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1723**

NATHANIEL HAROLD GREEN, formerly 09101207,

Plaintiff - Appellant,

v.

INTERNAL REVENUE SERVICE; MERRICK B. GARLAND, Department of Justice; SHERRI A. LYDON, U.S. Attorney for the District of South Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Terry L. Wooten, Senior District Judge.  (2:19-cv-03253-TLW)

Submitted:  May 7, 2021                    Decided:  May 25, 2021

Before GREGORY, Chief Judge, WILKINSON, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Harold Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Harold Green appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Green v. IRS*, No. 2:19-cv-03253-TLW (D.S.C. June 1, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
